**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

_____

UNITED STATES OF AMERICA,

      v.

WILLIAM PARRY,

      Defendant.

15-CR-201-A
**ORDER**

_____

On September 15, 2015, the Defendant was sentenced in the United States District Court for the Western District of Missouri to a period of imprisonment of time served and three years' supervised release, following his plea of guilty to one count of trafficking contraband cigarettes, in violation of 18 U.S.C. § 2342(a), § 2344(a), and § 2. The Defendant's supervision was then transferred to this District. He has been on supervision for just under three years.

The Defendant has now filed a motion for early termination of his supervision. *See* Docket No. 5. A court may reduce a term of supervised release if a defendant has served at least one year of supervised release and if the Court is satisfied, after considering the factors set forth in 18 U.S.C. § 3553(a), "that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

The Defendant's primary argument for early termination is that the restrictions of supervised release have, among other things, made it difficult to visit his 17 grandchildren, who live in different locations. Further, the Probation Office reports that the Defendant has been compliant with the terms of his supervised release and that he generally reports

1

to the Probation Office by mail.  In light of these facts, neither the Government nor the Probation Office oppose the Defendant's motion.

After considering the factors set forth at 18 U.S.C. § 3553(a), as well as the facts set forth in the Defendant's motion, the Court concludes that an additional two months of supervised release would be more than is necessary to accomplish the goals of sentencing.  The Defendant's motion is therefore granted, and his term of supervised release is terminated.

**SO ORDERED.**


Dated: June 26, 2018                      _s/Richard J. Arcara_____
    Buffalo, New York              HONORABLE RICHARD J. ARCARA
                                             UNITED STATES DISTRICT JUDGE